UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WELDON TWO BULLS,<br><br>Defendant. | 5:18-CR-50166-RAL<br><br>REPORT AND RECOMMENDATION |

A jury trial in this matter was held before District Court Judge Roberto A. Lange. The parties concluded their presentation of the evidence and closing arguments and the matter was submitted to the jury for deliberation on March 15, 2019.

The jurors deliberated for several hours until such time as they submitted a jury question which is filed at Docket 62. The jury was given an Allen charge as set forth in Docket 65. The jury continued to deliberate until such time as they presented another note indicating that the jurors had reached a verdict as to Count 2. (Docket 64)

The court held a hearing outside the presence of the jury and both parties consented to this magistrate judge presiding over a hearing with the jury. The jury was returned to open court and the Foreperson confirmed that Docket 64 was the note she had written to the court and confirmed that the note meant the jury had reached a unanimous verdict as to Count 2, but as to

Count 1, they were hopelessly deadlocked. The court read aloud the letter and asked if any juror had any reason to disagree with the content of the letter. No juror indicated any disagreement. Based on the two notes from the Foreperson indicating that a unanimous decision could not be reached, and upon the court's questioning and observations of the jury in open court, it is respectfully recommended that subject to the Court's ruling on the Defendant's pending Rule 29 motion, the court enter an Order of mistrial as to Count 1.

DATED this 9th day of April, 2019.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge